AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) Case No.   Crim. No 20- 97-01 (FLW) |
| MOHSIN RAZA and MUJTABA ALI RAZA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MOHSIN RAZA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Sections 1028(f) (conspiracy to produce and transfer false documents), 1028(a)(2) (transfer of false documents), 1543 (false use of passports), and 1028A (aggravated identity theft)

Date: 01/28/2020

*Issuing officer's signature*

Hon. Joseph A. Dickson
Hon. United States Magistrate Judge
*Printed name and title*

City and state: Newark, New Jersey

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Mohsin Raza

Known aliases:

Last known residence: Flat No. Z-402 Zainbia Garden Plot No. 262, Soldier Bazar #3, Garden East, Karachi, Pakistan

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Pakistan

Date of birth: 05/25/1986

Social Security number: National ID #: 42201-9826152-3

Height:                                                    Weight:

Sex: Male                                                  Race:

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation - 11 Centre Place, Newark, NJ 07102

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: