# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| | : | |
| v. | : | Crim. No. 20-97 (FLW) |
| | : | |
| MOHSIN RAZA, | : | ORDER |
|   a/k/a "Mohsin Raza Amiri," and | : | |
| MUJTABA ALI RAZA, | : | |
|   a/k/a "Mujtaba Ali Lilani," | : | |
|   a/k/a "Mujtaba Ali," | : | |
|   a/k/a "Mujtaba" | : | |

    This matter having come before me on the application of the United States for an order unsealing the indictment and arrest warrants in this matter, it is on this __15th__ day of April, 2021, **ORDERED** that the case is hereby **UNSEALED**.

 

_(signature)_
_____
Hon. Freda L. Wolfson
Chief United States District Judge